# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 8457 AMHERST VALLEY TRUST, a Nevada Trust, | |
| Plaintiff, | Case No.: 2:13-cv-01220-GMN-CWH |
| vs. | **ORDER** |
| WELLS FARGO BANK, N.A., a National Association; NATIONAL DEFAULT SERVICING CORPORATION, a foreign corporation; BERT BITANGA, individually, DOES I through X; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Pending before the Court is the Motion to Remand (ECF No. 15) filed by Plaintiff 8457 Amherst Valley Trust.  On February 27, 2014, the Court conducted a hearing on the motion and granted the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Remand (ECF No. 15) is **GRANTED**. The case shall be remanded the state court.

**DATED** this 7th day of March, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Judge